pg. A Item 1

United States District Cou[rt]

Northern District of Illin[ois]

Compliant

From: Charles T. Holloman → Plaintiff

Comenon Wealth Edision Managment Employees
Plus ATTorney Richard B. Taylor → Defendants

1) Common Wealth Edison Upper Mangment    8) Victoria Keenerson

**DOCKETED**

2) Att. Richard B. Taylor

3) I BEW Local 15 Union Reps. Ceilin sta.

4) Chief Steward Richard Managold

5) Asst. Steward Mike Wahl

6) H.R. Rep Terry Ziakias

7) Rep. Dorthy Paige

**01C 1483**

MAR 0 2 2001

**JUDGE NORGLE**
MAGISTRATE JUDGE LEVIN

I Charles T. Holloman want the court to have jurisidiction over the case because of the Civil RIGHT ACT OF DISCRIMATION, I wish the court would lo[ok] toward the complaintive Charle T. Holloman the for the $19,000 P.T.D. Gift Benifit which stands for permantly and totall disabilty from Basic Term Life Insureacn ptd policy. Which was told to me Charles T. Holloman plus other Edision disabitty retirees. That we have the rights to this P.T.D. Gift Benifit of $19,000 its written in my 1996 benfit book Plus I Charles T. Holloman who is the complantive and wife Kimbely C. Holloman and Kids rightfully deserve to be + awarded or rewarded this money and money for punitiy damages and mental depression on going in and out of hospital plus travaling back and fourth to Edision benifits dept, and making calls and being lied to constantly for the last five years. I was corrstahtly milead by Edision Employees in upper mangement and attorney Richard B Taylor of Joliet. Plus there are others names of people who discriminated against me and my

pg 2

Charle T. Ho[lloman]
210 Carriage [way]
2 Joliet ILL
1815 727[...]

pg. 2 Item 2
continue

Compliant

United States District Cou
Northern District of Illinois

From: Charles T. Holloman
Plaintiff

V

Common Wealth Edision mangment Employes
Plus Attorney Richard B Talyor → Defendants

Names
1) Common wealth Edison upper mangament
2) ATT. Richard B Taylor
3) IBEW Local 15 union Reps Collins Kta.
4) Chief steward - Richard B Managold
5) Asst steward Mike Waht
6) HR. Rep Terry Zrakies
7) Rep. Dorthy Praige

8) Victora Keener

Plus I Know of of people who
got there $10,000 Gift Insurance
In 1996 Scott Griffin of collins
came out same year as me. Plus
Bob White and Kenny Williams Sta. 23
and Robert White STA. 9.
and more.

Charles T. Holloma
210 Carrage Ln.
Joliet ILL 60483
(815 727 797)
Charles T. Holloma

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|

**CHARGE OF DISCRIMINATION**

AGENCY
☐ FEPA
☒ EEOC

CHARGE NUMBER
210A10742

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

Illinois Dept. of Human Rights _____ and EEOC
*State or local Agency, if any*

NAME *(Indicate Mr., Ms., Mrs.)*

Mr. Charles T. Holloman

HOME TELEPHONE *(Include Area Code)*
(815) 727-7971

STREET ADDRESS          CITY, STATE AND ZIP CODE

210 Carriage Lane, Joliet, IL 60434

DATE OF BIRTH

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

NAME

Commonwealth Edison

NUMBER OF EMPLOYEES, MEMBERS
Cat D (501 +)

TELEPHONE *(Include Area Code)*
(312) 394-2697

STREET ADDRESS          CITY, STATE AND ZIP CODE

227 West Monroe Street, P.O. Box 767, Chicago, IL 60690-0767

COUNTY
031

TELEPHONE NUMBER *(Include Area Code)*

NAME

STREET ADDRESS          CITY, STATE AND ZIP CODE

COUNTY

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ OTHER *(Specify)*

DATE DISCRIMINATION TOOK PLACE
*EARLIEST*          *LATEST*
11/24/1998

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional space is needed, attach extra sheet(s)):*

I was hired by the above named Respondent in 1980. My last position was as a Class A Mechanic. On July 17, 1996, I retired because of my disabilities. In 1998 I attempted to apply for Respondent's permanent and total disability benefit of $10,000.00 dollars available from my basic term life insurance policy. On or about November 24, 1998, Respondent denied my claim for this benefit.

I believe that I have been discriminated against on the basis of my disabilities, in violation of the Americans with Disabilities Act of 1990.

RECEIVED EEOC

NOV 1 6 2000

CHICAGO DISTRICT OFFICE

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements) |
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Month, day and year) |
| Date 11/16/2000   *Charles T. Holloman*   Charging Party *(Signature)* | |

EEOC FORM 5 (Rev. 07/99)

**CHARGING PARTY COPY**

**Equal Employment Opportunity Commission**

# DISMISSAL AND NOTICE OF RIGHTS

To: Charles T. Holloman
210 Carriage Lane
Joliet, IL 60434

Certified Mail No.: 7099 3400 0006 7300 1540

From: Equal Employment Opportunity Commission
500 West Madison Street
Suite 2800
Chicago, Illinois 60661-2511

[  ] *On behalf of a person aggrieved whose identity is*
*CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 210A10742 | Daniel McGuire, Charge Receipt Supervisor | (312) 353-7511 |

*(See the additional information attached to this form.)*

YOUR CHARGE IS DISMISSED FOR THE FOLLOWING REASON:

[  ]  The facts you allege fail to state a claim under any of the statutes enforced by the Commission

[  ]  Respondent employs less than the required number of employees.

[ X ]  Your charge was not timely filed with the Commission, *i.e.,* you waited too long after the date(s) of the discrimination you alleged to file your charge. Because it was filed outside the time limit prescribed by law, the Commission cannot investigate your allegations.

[  ]  You failed to provide requested information, failed or refused to appear or to be available for necessary interviews/conferences, or otherwise refused to cooperate to the extent that the Commission has been unable to resolve your charge. You have had more than 30 days in which to respond to our final written request.

[  ]  The Commission has made reasonable efforts to locate you and has been unable to do so. You have had at least 30 days in which to respond to a notice sent to your last known address.

[  ]  The respondent has made a reasonable settlement offer which affords full relief for the harm you alleged. At least 30 days have expired since you received actual notice of this settlement offer.

[  ]  The Commission issues the following determination: Based upon the Commission's investigation, the Commission is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[  ]  Other (*briefly state*) _____

## - NOTICE OF SUIT RIGHTS -

[ X ]  **Title VII and/or the Americans with Disabilities Act:** This is your NOTICE OF RIGHT TO SUE, which terminates the Commission's processing of your charge. If you want to pursue your charge further, you have the right to sue the respondent(s) named in your charge in a court of competent jurisdiction. **If you decide to sue, you must sue WITHIN 90 DAYS from your receipt of this Notice; otherwise your right to sue is lost.**

[  ]  **Age discrimination in Employment Act:** This is your NOTICE OF DISMISSAL OR TERMINATION, which terminates processing of your charge. If you want to pursue your charge further, you have the right to sue the respondent(s) named in your charge in a court of competent jurisdiction. **If you decide to sue, you must sue WITHIN 90 DAYS from your receipt of this Notice; otherwise your right to sue is lost.**

[  ]  **Equal Pay Act (EPA):** EPA suits must be brought within 2 years (3 years for willful violations) of the alleged EPA underpayment.

On behalf of the Commission

_____
11-28-00

John P. Rowe, District Director

Enclosures
    Information Sheet
    Copy of Charge
cc: Respondent(s)    Commonwealth Edison

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS** Charles T. Holloman

**DEFENDANTS** Common Wealth Edisoin
Et
AL

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Will
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Cook County
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

DOCKETED
MAR 0 2 2001

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

ATTORNEYS (IF KNOWN)

01C 1483
JUDGE NORGLE
MAGISTRATE JUDGE LEVIN

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| | ☐ 345 Marine Product Liability | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | **PERSONAL INJURY** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| | ☐ 362 Personal Injury – Med. Malpractice | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | ☐ 365 Personal Injury – Product Liability | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure | **PERSONAL PROPERTY** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 370 Other Fraud | | ☐ 871 IRS – Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 240 Torts to Land | ☐ 371 Truth in Lending | | | |
| ☐ 245 Tort Product Liability | ☐ 380 Other Personal Property Damage | | | |
| ☐ 290 All Other Real Property | ☐ 385 Property Damage Product Liability | | | |
| **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | |
| ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | | | |
| ☑ 442 Employment | **HABEAS CORPUS:** | | | |
| ☐ 443 Housing/Accommodations | ☐ 530 General | | | |
| | ☐ 535 Death Penalty | | | |
| ☐ 444 Welfare | ☐ 540 Mandamus & Other | | | |
| ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | | | |
| | ☐ 555 Prison Condition | | | |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Discrimination with the americans with disability act.

**VII. REQUESTED IN COMPLAINT**
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint
JURY DEMAND: ☑ YES ☐ NO

**VIII.** This case
☑ is not a refiling of a previously dismissed action.
☐ is a refiling of case number _____, previously dismissed by Judge _____

DATE 3/1/2001

SIGNATURE OF ATTORNEY OF RECORD
PRO SE
Charles T. Holloman

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

the Matter of  *Charles T. Holloman*
*Plaintiff*
*–V–*

**01C 1483**

Case Number:

*JUDGE NORGLE*

*Common Wealth Edison And Emply*

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ~~ATTORNEY(S)~~ FOR:

*PRO SE*     MAGISTRATE JUDGE LEVIN

*Charles T Holloman*

**DOCKETED**

MAR 0 ~~2 700~~

| (A) | (B) |
|---|---|
| SIGNATURE  *Charles T. Holloman* | SIGNATURE |
| NAME  *Charles T Holloman* | NAME |
| FIRM  *PRO SE* | FIRM |
| STREET ADDRESS  *210 Carriage LN* | STREET ADDRESS |
| CITY/STATE/ZIP  *Joliet, ILL. 60433* | CITY/STATE/ZIP |
| TELEPHONE NUMBER  *815-727-7971*    FAX NUMBER | TELEPHONE NUMBER    FAX NUMBER |
| E-MAIL ADDRESS | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR?   YES ☐   NO ☑ | MEMBER OF TRIAL BAR?   YES ☐   NO ☐ |
| TRIAL ATTORNEY?   YES ☐   NO ☑ | TRIAL ATTORNEY?   YES ☐   NO ☐ |
| | DESIGNATED AS LOCAL COUNSEL?   YES ☐   NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER    FAX NUMBER | TELEPHONE NUMBER    FAX NUMBER |
| E-MAIL ADDRESS | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR?   YES ☐   NO ☐ | MEMBER OF TRIAL BAR?   YES ☐   NO ☐ |
| TRIAL ATTORNEY?   YES ☐   NO ☐ | TRIAL ATTORNEY?   YES ☐   NO ☐ |
| | DESIGNATED AS LOCAL COUNSEL?   YES ☐   NO ☐ |